United States Courts
Southern District of Texas
FILED

*May 13, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO.** <u>**4:26cr288**</u> |
| | § | |
| | § | |
| **MICHEL CEDENO-CASTILLO,** | § | |
| | § | |
| **Defendant.** | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## GENERAL ALLEGATIONS

At times material to this indictment, the Defendant MICHEL CEDENO-CASTILLO was a Cuban national residing in the Southern District of Texas.  In or about January 2022, Victims 1, 2, 3, and 4 were Cuban nationals residing in Cuba.  At various times between January 2022 and March 2024, the Defendant used false promises of lucrative employment in the United States to recruit and entice Victims 1, 2, 3, and 4, to travel from Cuba to the Southern District of Texas. After Victims 1, 2, 3, and 4 arrived in the United States, the Defendant used threats of violence, physical abuse, and other coercive means to compel the victims to engage in commercial sex acts for his financial benefit.

## COUNT ONE
**(Conspiracy to Commit Sex Trafficking by Means of Force, Fraud, and Coercion)**
**18 U.S.C. §§ 1594(c) and 1591(a)(1)**

From in or about January 2022 to in or about March 2024, within the Southern District of Texas and elsewhere,

**MICHEL CEDENO-CASTILLO**

Defendant herein, knowingly conspired and agreed with others known and unknown, in and affecting interstate and foreign commerce, to recruit, entice, harbor, transport, provide, obtain, and maintain by any means, one or more persons knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause such persons to engage in one or more commercial sex acts in violation of 18 U.S.C. §§ 1594(c) and 1591(a)(1) and (b)(1).

### COUNTS TWO THROUGH FIVE
**(Sex Trafficking by Means of Force, Fraud, and Coercion)**
**18 U.S.C. §§ 1591 and 2**

In or about the dates identified below as to each count, within the Southern District of Texas and elsewhere,

**MICHEL CEDENO-CASTILLO**

Defendant in and affecting interstate and foreign commerce, and aiding and abetting others, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, the victims identified below, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause the victim identified below to engage in one or more commercial sex acts, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(1), and 2.

| Count | Victim | Dates |
|---|---|---|
| 2 | Victim 1 | From in or about January 2022 to in or about December 2022 |
| 3 | Victim 2 | From in or about January 2022 to in or about December 2023 |
| 4 | Victim 3 | From in or about January 2023 to in or about December 2023 |
| 5 | Victim 4 | From in or about January 2023 to in or about March 2024 |

### COUNTS SIX THROUGH NINE

**(Importing Alien for Immoral Purpose)**
**8 U.S.C. § 1328 and 18 U.S.C. § 2**

In or about the dates identified below as to each count, within the Southern District of Texas and elsewhere,

**MICHEL CEDENO-CASTILLO**

Defendant herein, and others known and unknown, aiding and abetting each other, did directly and indirectly import and attempt to import into the United States an alien, namely, the victims identified below, for the purpose of prostitution and other immoral purposes, and did keep, maintain, control, support, employ, and harbor the victims identified below in any house and other place, for the purpose of prostitution and other immoral purposes, in pursuance of such illegal importation, in violation of 8 U.S.C. § 1328 and 18 U.S.C. § 2.

| Count | Victim | Dates |
|---|---|---|
| 6 | Victim 1 | From in or about January 2022 to in or about December 2022 |
| 7 | Victim 2 | From in or about January 2022 to in or about December 2023 |
| 8 | Victim 3 | From in or about January 2023 to in or about December 2023 |
| 9 | Victim 4 | From in or about January 2023 to in or about March 2024 |

## COUNT TEN
**(Conspiracy to Transport an Alien in the United States for Financial Gain)**
**8 U.S.C. § 1324(a)(1)(A)(V)(I), (a)(1)(A)(ii), (B)(i)**

From in or about June 2022 to in or about October 2023, within the Southern District of Texas and elsewhere,

**MICHEL CEDENO-CASTILLO**

Defendant herein, knowingly conspired and agreed with others known and unknown, to transport and move, and attempt to transport and move, by means of transportation and otherwise, an alien

for the purpose of financial gain, who came to, entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact such alien came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), (a)(1)(B)(i).

### COUNTS ELEVEN
**(Transportation of Victim 4 for Prostitution)**
**18 U.S.C. § 2421(a)**

In or about January 2024, within the Southern District of Texas and elsewhere,

**MICHEL CEDENO-CASTILLO**

Defendant herein, did knowingly transport an individual, namely, Victim 4, in interstate and foreign commerce, from Houston, Texas to Las Vegas, Nevada, with the intent that Victim 4 engage in prostitution, and in any sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2421(a).

### COUNT TWELVE
**(Extortion)**
**18 U.S.C. § 875(d)**

In or about December 2023, within the Southern District of Texas and elsewhere,

**MICHEL CEDENO-CASTILLO**

Defendant herein, with intent to extort a thing of value from any person, namely Victim 2, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the reputation of Victim 2, in violation of 18 U.S.C. § 875(d).

### COUNTS THIRTEEN AND FOURTEEN
**(Cyberstalking)**
**18 U.S.C. § 2261A(2)(B) and 2**

In or about the dates identified below as to each count, within the Southern District of Texas and elsewhere,

**MICHEL CEDENO-CASTILLO**

Defendant herein, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, namely, the victims identified below, did, and aiding and abetting others, use the mail, an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to the victims identified below, to wit: Defendant used interstate facilities, namely the Internet and cellular telephones, to disseminate harassing, intimidating, and threatening messages to the victims identified below and others, causing and attempting to cause substantial emotional distress to the victims identified below, in violation of 18 U.S.C. § 2261A(2)(B) and 2.

| Count | Victim | Dates |
|-------|--------|-------|
| 13 | Victim 2 | From in or about December 2023 to in or about March 2024 |
| 14 | Victim 3 | From in or about December 2023 to in or about March 2024 |

## NOTICE OF FORFEITURE

The allegations contained in Counts 1 through 10 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging criminal forfeitures to the United States.

Pursuant to Title 18, United States Code, 1594(d) and Title 28, United States Code, Section 2461(c), the United States hereby notifies Defendant

**MICHEL CEDENO-CASTILLO**

that upon his conviction for any of Counts 1 through 5 of this Indictment, the United States intends to seek forfeiture of:

(A) Defendant's interest in any property, real or personal, that was involved in, used, or

intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(B) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

Pursuant to Title 8, United States Code, Section 1324(b)(1) and Title 18, United States Code, Section 982(a)(6), the United States hereby notifies Defendant

**MICHEL CEDENO-CASTILLO**

that upon his conviction of Counts 6 through 10, the United States intends to seek forfeiture of:

(A) any conveyance, including any vessel, vehicle, or aircraft used in the commission of a violation of Title 8, United States Code, Section 1324(a), the gross proceeds of such violation, and any property traceable to such conveyance or proceeds; and

(B) any property real or personal –

    i.    that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted; or

    ii.    that was used to facilitate, or was intended to be used to facilitate, the commission of the offense of which the person is convicted.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States intends to seek the imposition of a money judgment against Defendant. Defendant is notified that in the event that one or more conditions listed in 21 U.S.C. § 853(p) exists, the United States will seek to forfeit any other property of Defendant up to the amount of the money judgment against Defendant.

A True Bill:

ORIGINAL SIGNATURE ON FILE

_____
Grand Jury Foreperson

JOHN G.E. MARCK
Acting United States Attorney

A. TYSEN DUVA
Assistant Attorney General

By: _____
Ekua Assabill
Assistant United States Attorney
713-567-9000

By: _____
Leah Branch
Trial Attorney
Human Rights and Special Prosecutions